**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **WILLIAM BELLAMEY** | ) |
| 113 West 165th Street | ) |
| Belton, MO  64012 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.:**  10-CV-2358 JAR/JPO |
| | ) |
| **CERTAINTEED CORPORATION** | ) |
| Serve Resident Agent by Certified Mail: | ) |
| C T Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, Missouri | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff William Bellamey, for his claims and causes of action against defendant Certainteed Corporation, states and alleges as follows.

1.      Plaintiff William Bellamey is a sixty-eight year old male individual, born on March 14, 1942, who has resided at all times material hereto in Belton, Cass County, Missouri.

2.      Defendant Certainteed is a corporation organized in the state of Pennsylvania which is registered to do business as a foreign corporation under the laws of the state of Kansas, who may be served at the above address.

3.      This case arises under the Age Discrimination in Employment Act, **29 *U.S.C § 621*,** *et seq.* (ADEA). Defendant is an employer under the ADEA.

4.      Defendant discriminated against plaintiff in this jurisdiction and plaintiff would have continued working in this jurisdiction such that venue is proper in this Court.

5.      Plaintiff filed a Charge of Discrimination against defendant with the Equal

Employment Opportunity Commission (EEOC) within 180 days of the discriminatory acts described herein.  Plaintiff files this Complaint within 90 days of his receipt of Notice of Right to Sue from the EEOC, such that this action is timely and properly filed.

6.      Plaintiff was hired by defendant on June 4, 1979.  For over 30 years, plaintiff was an employee of defendant at the Kansas City, Kansas location and was a employed as a Senior Maintenance Supervisor when he was terminated.

7.      During the time the defendant employed plaintiff, plaintiff satisfactorily met the legitimate job expectations of his employer.  Specifically, plaintiff received regular promotions and raises and defendant made no complaint about plaintiff's performance during his employment.

8.      During plaintiff's tenure, he served as project manager on many multi-million dollar projects and received many "Star Awards" from defendant due to his performance.  Most recently, Bellamey served as PM on the k12 Rebuild Project and received a Star Award for his efforts which led to the project being completed under budget.

9.      In April 2009, defendant terminated plaintiff and three other service supervisors.

10.     All employees terminated were over the age of 50 years old.

11.     All senior supervisors who retained their jobs were younger than plaintiff.  Plaintiff had at least the same skills or more skills than those retained.

12.     Plaintiff was replaced by a younger employee with fewer skills, James Eason.

13.     At the EEOC, defendant did not identify any performance problems with Mr. Bellamey.

14.     Plaintiff would not have been terminated had he been a younger employee and all else had been equal.

15.     Defendant's illegal discrimination because of plaintiff's age violated the ADEA.

2

16.    As a direct and proximate result of defendant's action and conduct as described herein, plaintiff sustained, and will continue in the future to sustain, damages in the form of lost salary and lost benefits.

17.    Defendant's conduct was willful in that it knew age discrimination was against the law when it participated in the discriminatory decision to terminate plaintiff.

WHEREFORE, plaintiff William Bellamey prays for judgment and for actual damages against defendant Certainteed in an amount that is fair and reasonable, for liquidated damages in an equal amount, and for his costs and attorneys fees incurred, and further prays the Court order any appropriate equitable relief.

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable herein.

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Kansas City, Kansas as the place of trial.

**THORNBERRY, EISCHENS & BROWN, LLC**

By:    /s/ Stephen C. Thornberry
       Stephen C. Thornberry    KS# 17494
       *steve@TEBlawfirm.com*
       Joseph K. Eischens    KS# 16985
       *joe@teblawfirm.com*
       Randy Brown    KS# 17905
       *randy@teblawfirm.com*
       4550 Main Street, Suite 205
       Kansas City, Missouri 64111
       (816) 531-8383 *telephone*
       (816) 531-8385 *facsimile*
       ATTORNEYS FOR PLAINTIFF

4